IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:15-CR-15-2-RWS |
| BRITTANY ENO, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 41]. Having carefully considered the record, the Report and Recommendation, and the objections filed thereto [Doc. No. 44], the Report and Recommendation [Doc. No. 41] is hereby approved and adopted as the opinion and order of this Court. As such, the Motion to Suppress Statements [Doc. No. 28] is GRANTED, and the Motion to Suppress Fruits of Unlawful Searches [Doc. No. 29] is DENIED.

**SO ORDERED**, this 5th day of January, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)